

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-08-00059-CR

_____

DAVID CHARLES FITTS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 114th Judicial District Court
Smith County, Texas
Trial Court No. 114-2295-07

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

David Charles Fitts appeals from his conviction for the offense of aggravated assault with a deadly weapon.[1]  He was sentenced to twenty years' imprisonment and a fine of $10,000.00.

Fitts' notice of appeal was filed March 19, 2008, and the clerk's record was filed March 31, 2008.  The reporter's record was due June 19, 2008, and has not been filed.  Fitts is not indigent.  Therefore, he is responsible for paying for, or making arrangements to pay for, preparation of the appellate record.  *See* TEX. R. APP. P. 35.3(a), (b).

On July 18, 2008, we mailed a letter to Fitts' retained counsel, stating that, if we did not receive information showing that Fitts was making a substantial and tangible effort to prosecute the appeal by showing either a reasonable attempt to obtain a reporter's record or by filing a brief based solely on the clerk's record within ten days of the letter, we would dismiss the appeal for want of prosecution.  Fitts has not contacted this Court.  We have also contacted the court reporter and have been informed that Fitts has not contacted her.

---

[1]This case has been transferred to this Court as part of the Texas Supreme Court's docket equalization program.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.4;

*Rodriguez v. State*, 970 S.W.2d 133 (Tex. App.—Amarillo 1998, pet. ref'd).


Josh R. Morriss, III
Chief Justice

Date Submitted:     August 14, 2008
Date Decided:       August 15, 2008

Do Not Publish